**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-7493**

———————————

PAUL M. OMAR,

                                        Petitioner - Appellant,

        versus

JOSEPH M. BROOKS, Warden; CAROLYN D. DUNSON,
Case Manager; K. M. WHITE, Regional Director;
HARRELL WATTS; HARRIS LAPPIN,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (CA-04-248)

———————————

Submitted:  February 9, 2005        Decided:  February 15, 2005

———————————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Paul M. Omar, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul M. Omar appeals the district court's order accepting the magistrate judge's recommendation and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Omar v. Brooks, No. CA-04-248 (E.D. Va. Aug. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED